with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

LEONARD LEROY DAWLEY, an Infant, by His Guardian ad Litem, LEROY DAWLEY, Respondent, v. FREDERICK MCKIBBIN, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JACOB ROSEN, Respondent, v. JULIUS ROTHENBERG and MILTON ROTHENBERG, Trading under the Firm Name of J. ROTHENBERG & SON, Appellants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

RAY E. GROVES, Respondent, v. ALEXANDER CAVANAUGH and WILLIAM CAVANAUGH, Appellants.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

GLEASNER COMPRESSED AIR SUPPLY AND EQUIPMENT COMPANY, INC., Respondent, v. THOMPSON-STARRETT COMPANY, INC., and UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FLORA FLEMMING, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant, and EDWARD WILD, Defendant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FLORA FLEMMING, Plaintiff, v. INTERNATIONAL RAILWAY COMPANY, Appellant, and EDWARD WILD, Respondent.— Appeal by defendant railway company from judgment of nonsuit as to its codefendant dismissed on the ground that appellant is not a party aggrieved by the judgment appealed from. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MILLER CORSETS, INC., Appellant, v. HENRY SCHLOSS and Others, Respondents. HENRY SCHLOSS and Others, Respondents, v. MILLER CORSETS, INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

LAURA E. NATHAN, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

In the Matter of the Application of GEORGE W. HENNER and Others, Respondents, for an Order with Reference to a Certain Ordinance of the City of Rochester, and an Assessment Roll Based Thereon. THE CITY OF ROCHESTER, Appellant. — Order affirmed, with costs, on the ground that the assessors adopted an erroneous and illegal method of assessment in violation of the ordinance which authorized an assessment for the local improvement in question. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

MARGRETE STEWART, as Administratrix, etc., of ROBERT STEWART, Deceased, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE CONSTANTINO, Appellant.— Judgment of conviction and order affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

CHARLES NORBURY, Respondent, v. CITY OF BUFFALO, Appellant.— Judgment